3886.    BROWN *v.* THE STATE.

POTTLE, J. The evidence authorized the verdict. *Judgment affirmed.*
DECIDED JANUARY 30, 1912.

Accusation of abandonment of child; from city court of St. Marys—Judge Atkinson. October 17, 1911.

*Emmett McElreath, John J. Moore, E. W. Brinkins,* for plaintiff in error.

*S. C. Townsend, solicitor,* contra.